AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** 26 U.S.C. § 7206(1) – 3 years prison, $250,000 fine, 1 year supervised release, $100 assessment;

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2016 JAN -7 A 11:16

CR 16 008 RS

**DEFENDANT - U.S.**

▶ SEAN LOVE

**DISTRICT COURT NUMBER**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Stier, AUSA, Tax Div.

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

BRIAN J. STRETCH
Acting United States Attorney

FILED

2016 JAN -7 A 11: 16

CLERK, U.S. ...
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16 008 RS |
| Plaintiff, | |
| v. | VIOLATION: 26 U.S.C. § 7206(1) – Filing False Return |
| SEAN LOVE, | |
| Defendant. | SAN FRANCISCO VENUE |

# INFORMATION

The United States Attorney charges:

On or about April 5, 2010, in the Northern District of California, the defendant,

SEAN LOVE,

a resident of San Francisco, California, and owner and operator of Love Painting, located in San Francisco, did willfully make and subscribe a joint U.S. Individual Income Tax Return [Form 1040] for the 2009 tax year, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That 2009 Form 1040 falsely reported that Love Painting received a total of $391,810 in gross receipts on Schedule C whereas he then and there well knew the gross receipts were in excess of the amount reported on

//
//

Information

1 | Schedule C of his joint 2009 Form 1040.

2 |     All in violation of Title 26 U.S.C. § 7206(1).

BRIAN J. STRETCH
Acting United States Attorney

Dated: 1-6-16

PHILIP A. GUENTERT
Deputy Chief, Criminal Division

Approved as to Form

CYNTHIA STIER
Assistant United States Attorney
Tax Division

Information                                    2

United States District Court
Northern District of California

**RS**

# CRITICAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CR 16 008**

**Case Name:**
USA v. SEAN LOVE

**Case Number:**

**Total Number of Defendants:**
1 [✓]    2-7 [ ]    8 or more [ ]

**Is This Case Under Seal?**
Yes [ ]    No [✓]

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes [ ]    No [✓]

**Venue (Per Crim. L.R. 18-1):**
SF [✓]    OAK [ ]    SJ [ ]    EUR [ ]    MON [ ]

**Is any defendant charged with a death-penalty-eligible crime?**
Yes [ ]    No [✓]

**Assigned AUSA (Lead Attorney):**
CYNTHIA STIER, AUSA

**Is this a RICO Act gang case?**
Yes [ ]    No [✓]

**Date Submitted:**
1/7/16

**Comments:**

Save    Print    Clear Form

July 2013