RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551

Attorney for Defendant
SEAN LOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  SEAN LOVE,  Defendant.  _____/ | CR.16-008-RS  **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE FOR SENTENCING** |

    Defendant SEAN LOVE, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Cynthia Stier hereby stipulate and agree that the sentencing presently set for June 14, 2016, be continued to August 23, 2016.  Defense counsel requests this continue since she is still in trial in *United States vs. Cervantes*, CR. 12-0792-YGR, and will need additional time to prepare for sentencing at the conclusion of her trial.

///
///
///

United States Probation Officer Charlie Mabee has no objection to this requested continuance.

Dated: June 6, 2016

/s/
RANDY SUE POLLOCK
Attorney for Defendant
SEAN LOVE

Dated:  June 6, 2016

/s/
CYNTHIA STIER
Assistant United States Attorney

SO ORDERED: 6/7/16

RICHARD SEEBORG
United States District Judge