RANDY SUE POLLOCK [CSBN 64493]
Law Offices of Randy Sue Pollock
3824 Grand Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
SEAN LOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN LOVE,<br><br>    Defendant.<br>_____/ | CR.16-008-RS<br><br>**STIPULATION AND ~~PROPOSED~~<br>ORDER TO CONTINUE<br>DATE FOR SENTENCING**<br><br>_____ |

    Defendant SEAN LOVE, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Cynthia Stier hereby stipulate and agree that the sentencing presently set for August 30, 2016, be continued to October 11, 2016.  Defense counsel requests this continuance since she just concluded a four month trial before the Honorable Gonzalez Rogers and needs additional time to prepare for sentencing. Additionally, Ms. Stier commences a trial before the Honorable Susan Illston on September 6, 2016 in *United States vs. Larkin*, CR. 15-00010].

///

///

1  United States Probation Officer Charlie Mabee has no objection to this requested
2  continuance.

5  Dated: August 21, 2016
6                                              /s/
                                              RANDY SUE POLLOCK
                                              Attorney for Defendant
7                                              SEAN LOVE

9  Dated:  August 21, 2016                    /s/
                                              CYNTHIA STIER
10                                             Assistant United States Attorney

12  SO ORDERED: 8/22/16
13                                             RICHARD SEEBORG
                                              United States District Judge